# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00236-CV

**In re Faithann Jessop, Loretta Jessop and Kathryn Jeffs**

## ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Faithann Jessop, Loretta Jessop, and Kathryn Jeffs no longer wish to pursue their petition for mandamus and have filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   October 22, 2008